JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GREGORY REEVES,
Plaintiff,
v.
24 HOURS FITNESS USA INC,
Defendant.

Case No. 8:26-cv-02041-JWH-RAOx

**JUDGMENT**

Pursuant to the "Order Dismissing Action Without Prejudice" entered substantially contemporaneously herewith, and in accordance with Rules 41 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: September 15, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE